IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

FERNANDEZ URSERY,

    Petitioner,

v.

RICK HARRINGTON,

    Respondent.                                         No. 10-cv-537-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter came before the Court on Petitioner's Writ of Habeas Corpus pursuant to 28 U.S.C. §2254.

**IT IS ORDERED AND ADJUDGED** that pursuant to the order entered by this Court on June 26, 2013, the Report and Recommendation of Magistrate Judge Donald G. Wilkerson is adopted. This habeas petition pursuant to 28 U.S.C. §2254 is **DENIED** and the claims are **DISMISSED with prejudice**.

                                        NANCY J. ROSENSTENGEL,
                                        CLERK OF COURT


                                        BY:  *s/Sara Jennings*
                                                 Deputy Clerk

**Dated:** June 27, 2013

                         David R. Herndon
                         2013.06.27
                         15:47:06 -05'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT